CAUSE NO. 04-15-00183-CR

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 AUG 12 AM 10:34

Keith E. Hottle
KEITH E. HOTTLE, CLERK

FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

RICHARD LARES,
Appellant

V.

THE STATE OF TEXAS,
Appellee

NOTICE

TO THE HONORABLE JUSTICES OF SAID COURT OF APPEALS:

COMES NOW, Richard Lares, TDCJ #1592255, Appellant herein, in style and cause and provides Notice of Requested PSI Report Not Being Given to Appellant and in support presents the following:

I.

Appellant avers that he has submitted his Request for a copy of the PSI, PreSentence Investigation Report, and said documents have not been provided to the Appellant for his review. On July 1,2015 Appellant provided the Honorable Justices with a Motion Requesting PSI Report and Appellant avers that the Clerk for the Fourth Court of Appeals did not send him any letter to the effect of receiving said Motion. All of the other Motions and Notices triggered a response from the Clerk, but said Motion has not been referred to in any Clerk letter.

II.

Appellant has been **without Counsel** since June 12,2015. Appellant has submitted several Motions some have been processed and accepted while one Motion for Bail/Bond was Denied but the Motion for PSI Report has not been answered at all. It may have been a Clerk oversite an Appellant Requests this document because said document **is Required** in order to develope Appellant's claim for the trial court's abuse of discretion and denial of due process during pretrial proceedings and before the entry of plea.

## III.

Appellant has made good faith effort to try an obtain a copy of the PSI from trial counsel and has made numerous requests under the Freedom of information Act, the Open Records Act, and Appellant even quoted Case Law in an effort to obtain a copy from Appellant's Client file which he is entitled to. In re Patrict McCann, 422 S.W.3d 701(Tex.Crim.App.2013)("The client's file belongs to the client."). A copy of Appellant's requests are exhibited as exhibits 1 and 2. Exhibit 1 is Appellant's Freedom of Information Act to counsel for a complete

copy of appellant's client file and to include the PSI Report and counsel's

**Notice of intent to Present 404B** witness against his own client.

Exhibit 2 is Appellant's Request for Appellant's Client file complete copy to

inclued the PSI Report with Case Law in support.

None of Appellant's letter have been answered and the State also refused to Grant Appellant said documents as well . Appellant has submitted Motions to Compel the State District Court and Motions Requesting PSI Report but all have been ignored and Not Ruled on, therefore Appellant seeks the Honorable Justices' assitance to obtain said docunts in order to develope Appellant's claims and without said documents Appellant is Denied Due Process under the Fourteenth Amendment of the United States Cosntitution during this Appeal's Proceedings.

WHEREFORE PREMISES CONSIDERED, Appellant Prays that the Hon. Justices Grant him Requested Documents in the interest of justice and due course of law, Appellant thus far has been denied his liberty in all court proceedings and only asks for documents that sustain his innocence, as a U.S.Army Special Forces Combat Veteran Appellant asks for nothing more than assistance in this process. SO MOVED, SO PRAYED FOR.

Enclosed is Motion for PST Copy.

Sincerely Submitted, P.S. I forgot how to write my name.

Richard Lares, Pro Se

"De Oppresso Liber"

## CERTIFICATE OF SERVICE

I have read the pleadings and to the best of my knowledge and belief, formed after reasonable inquiry, that the instrument is not groundless, or brought in bad faith or brought for the purpose of harrassmant, unnessary delay, or any other improper purpose. That on August 8,2015 a trua and correct copy of the forgoings was.sent to the Clerk of the Fourth Court of Appeals at Cadena-Reeves Justice Center, 300 Dolorosa, Suite 3200, San Antonio, Texas 78205-3037 and Appellant requests that the Clerk please send a copy to the Repsondent because the appellant is indigent and Pack 1 Unit Law Library Ofc. Siegle said that the Court Clerk is informed to be able to do service on the respondent.

Sincerely,

Richard Lares, Pro Se
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, Texas 77868

"De Oppresso Liber"

Freedom of Information Officer Exhibit M37
Joe D. Gonzales Bar # 08119125
1924 North Main Avenue
San Antonio, Tx. 78212     Exhibit 1
Phone # 210-775-2299                    Date: May 12, 2013

Sir,
    I, Richard Lares T.D.C.J. # 1592255, am Requestin a full Copy of my file. The Copy you sent to my Wife, Karina Lares, was incomplete. I wish to have in this Request: All motions you submitted to the Court, even the motion you presented "Notification to the Court for extranuous Witness See R.R. Pg. 97 Line 10-15., All notes, letters, birthday Cards that I supplied to you, A full copy of the memory Stick information I supplied to you as well, Your Court notes with talks with the D.A. and Assistant D.A.'s Ms. Carion, Your notes of talks with Ms. Jenny Marie Vianueva as you presented her to the court, Copies of all Cash receipts paid to you and Copies of Notes for your interviews with all of My V.A. Psych Doctors specifically interview With Dr. Gillean and Dr. Ybarra-Salinas, All itemize billing Statements including how much you Paid your wife (as you stated in the Contract "You get me, my wife, and a private investigator for the Price of one," Notes on what Roll your wife played in my defense as well and all notes with talks with Albert Flores on my Case, include itemize Bill for all services, All Subpoenas as well.

    This Request is Made Under the Freedom of Information Act, 5 U.S.C. Sec. 552. [and the Privacy Act 5 U.S.C Sec. 552a]. Under Tex. Gov't Code Ann. §§ 552.001 to 552.029 (Vernon 2004 and 2008 Supp.).

    If portions of the documents are exempt from release the remainder Must be segregated and disclosed.

Page 1 of 2     Exhibit M37

I expect all non-exempt portions of the records which I am Requesting and ask that you Justify any deletions with specific Reference to exemptions of F.O.I.A.

Please Also include Notes taken of all Talks and conversations with Attorney Patrick McCann, Attorney Richard D. Woods, Attorney Vincent D. Callahan. as Mr. Callahan's Itemized billing Statement has a Dated Conversation with you (Joe D. Gonzales) on 10-12-12 for 25 minutes, interview.

<u>Notification</u> is provided to you of my intent to appeal all materials <u>Not</u> sent to me in my reasonable Request through the F.O.I.A.

Sincerely,

Richard Lares

Richard Lares 1592255
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, Tx. 77868

C.C. State Bar of Texas
My File
Criminal Court of Appeals

Page 2 of 2

NO. 04-15-00185-CR

FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

RICHARD LARES,

Appellant

V.

THE STATE OF TEXAS,

Appellee

MOTION REQUESTING PSI REPORT

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes Now, Richard Lares, TDCJ #1592255, Movant herein, in style and cause and files this Motion Requesting PSI Report and in support will show the following:

I.

Movant avers that on July 1, 2015 he is calling the attention of this honorable court in the above styled and numbered cause in which he is requesting a complete copy of the PSI Report.

II.

Movant avers that he has used due dilligence in his efforts to obtain the PSI Report in order to support movant's claim of Actual/Factual Innocence but has not been given said documents as of yet. Movant's efforts include sending requests to the following people and agencies:

1. Community Supervision and Corrections Department Attn: Jaclyn Basaldua Date: July 12, 2013 (CR-177).

2. The 399th Judicial District Court on Motion to Compel the State for Documents, PSI Report and Agreements Entered into with Witnesses (CR-153).

3. The 399th Judicial District Court on Motion §552.321 Motion for Pre-Sentence Investigation Report (Cr-173).

4. Trial Counsel, Joe Gonzales, requesting PSI Report and Movnat's complete file using the Freedom of Information Act and Open Records Act in two letters. I don't have an extra copy to send yet.

5. Texas Department of Criminal Justice Attn: Records Request-Pre-Sentence Investigation Report at P.O.Box 99, Huntsville, Texas 77342-0099 Date: 7/4/10. (CR-175).

## III.

Movant request the aid of the Honorable Justices for Subpoena Duces Tecum to obtain a complete copy of the Pre-Sentencing Investigation Report from the Community Supervision and Corrections Department. Because movant has not been successful in his requests for documents and PSI Report. Movant avers that during the PSI interview he informed the interviewer that his counsel would not present exculpatory evidence in movant's possesion and movant gave the interviewer a white three(3) ring binder with movant's detailed history of Severe Psychological Mental Illness and Mental Disorder and other evidence. The white Binder was prepared by movant's wife and movant was instructed to present it to the interviewer. Movant also avers that he informed the interviewer that he was not in Texas to do the crime for Sept. 3,2000 and that the complainant lived with Belinda Villnueva during the sixth(6) Grade and that movant had no access to her for the Offense of Sept. 3,2001. Therefore movant requires the PSI Report to develope his theory of Actual/Factual Innocence.

### PRAYER

WHEREFORE PREMISES CONSIDERED, Movant prays that the Honorable Justice Grant his Motion Requesting PSI Report in the interest of Justice and for reasons stated above.

SO MOVED, SO PRAYED FOR.

Sincerely,

Richard Lares, Pro Se

### CERTIFICATE OF SERVICE

I certify that the forgoing information is true and correct to the best of my knowledge and that a correct copy of the above has been sent to the Bexar County District Attorney at Paul Elizondo Tower, 101 W. Nueva, Ste. 7th Fl. San Antonio, Texas 78205 and to the Clerk of the Fourth Court of Appeals at Cadena-Reeves Justice Center, 300X Doloroas, Suite 3200, San Antonio, Texas 78205-3037 sent by U.S. Postal Mail on July 1,2015.

Respectfully Submitted,

Richard Lares,TDCJ #1592255

August 8, 2015

Dear Clerk of the Court of Appeal's:

I fogot to enclose a letter to you, I'm sorry! Please submit this Notice from Richard Lores, Case No. 04-15-00183-CR, for consideration.

I thank you for your assistance in this matter. Oh, can you also please provide a copy to the Bexar County D.A. since I am indigent. The Law Library officer Mr. Siegle said that you might do this since I am indigent. I don't like to ask but please.

I'm not taking my Psychmeds for now and I'm having trouble thinking, it is very hot here. Stay cool and thank you for helping Sir/or Ma'am.

Sincerely,

Richard Lores, Pro Se

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 AUG 12 AM 10: 34
Keith E. Hottle
KEITH E. HOTTLE, CLERK

"De Oppresso Liber"

Exhibit 2

Mr. Joe Gonzales - Attorney at Law:     July 15, 2015

    I, Richard Lares, am requesting my complete copy of my file and this is my Fourth (4th) request for it.

    In re Patrick McCann 422 S.W. 3d 701 (Tex. Crim. App. 2013) (" The client's file belongs to the client.).

    I have previously used the Freedom of Informa Act and the open records act in my prior letters to you. But no records were received.

    My wife', Karina Lares, request to you only produced a small portion of my file and not my PSI - Report nor any Photos, Nor Exhibits were ever Returned to us, Please Include All Interview

    I am currently on Direct Appeal and your response is critical. I have used due dilligence in pursuing this matter and I have sent you letters once every year for the past 5 years. I will seek the State Bar of Texas Assistan in this matter if no response is received. I will also inform the Appeals court of your Practice and your unethical Practice as well.

                            Sincerely,
                            Richard Lares